```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 00936
   DERAL ROBINSON
   ANGEL ROBINSON                               CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-6806     SSN XXX-XX-4268

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 01/16/2008 and was not confirmed.

     The case was dismissed without confirmation 07/16/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
HARLEY DAVIDSON CREDIT   SECURED VEHIC   19779.00           .00            865.80
ECAST SETTLEMENT CORP    UNSECURED         294.57           .00               .00
LASALLE BANK             CURRENT MORTG        .00           .00               .00
COMPUTER CREDIT          UNSECURED       NOT FILED          .00               .00
CREDITORS COLLECTION BUR UNSECURED       NOT FILED          .00               .00
DEVRY INSTITUTE          UNSECURED          700.00          .00               .00
HARLEY DAVIDSON CREDIT   UNSECURED          354.37          .00               .00
HSBC MENARDS             UNSECURED       NOT FILED          .00               .00
MERCHANTS CR             UNSECURED       NOT FILED          .00               .00
NICOR GAS                UNSECURED       NOT FILED          .00               .00
PARK DANSAN              UNSECURED       NOT FILED          .00               .00
PAYDAY                   UNSECURED       NOT FILED          .00               .00
PAYDAY                   UNSECURED       NOT FILED          .00               .00
UNIVERSITY OF PHOENIX    UNSECURED       NOT FILED          .00               .00
LASALLE BANK             SECURED NOT I        .00           .00               .00
WILSHIRE MTG             UNSECURED       NOT FILED          .00               .00
PORTFOLIO RECOVERY ASSOC UNSECURED          146.27          .00               .00
LASALLE BANK             NOTICE ONLY    NOT FILED           .00               .00
ILLINOIS DEPT OF REVENUE PRIORITY            26.00          .00               .00
BENNIE W FERNANDEZ       DEBTOR ATTY      1,873.00                         184.00
TOM VAUGHN               TRUSTEE                                            91.30
DEBTOR REFUND            REFUND                                               .00

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE             1,141.10

PRIORITY                                       .00
SECURED                                     865.80
UNSECURED                                      .00
ADMINISTRATIVE                              184.00
TRUSTEE COMPENSATION                         91.30
DEBTOR REFUND                                  .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 00936 DERAL ROBINSON & ANGEL ROBINSON
```

```
                              ---------------    ---------------
TOTALS                            1,141.10           1,141.10
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 10/29/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```